IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GEORGE BERRY, JR.**                                                                                           **PLAINTIFF**

**V.**                        **CAUSE NO. 3:20-CV-717-CWR-LGI**

**LABOR FINDERS INC., et al.**                                         **DEFENDANTS**

**FINAL JUDGMENT**

For the reasons given in this Court's Order issued this day, *see* Docket No. 11, the Court finds that this cause should be dismissed and closed on the docket.

**SO ORDERED AND ADJUDGED**, this the 4th day of May, 2021.

                                                           s/ Carlton W. Reeves
                                                           UNITED STATES DISTRICT JUDGE